UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

          Plaintiff,

-against-

ABIOMED, INC., MICHAEL R. MINOGUE, DR. PAULA A. JOHNSON, DOROTHY E. PUHY, JEANNINE RIVET, MYRON ROLLE, MD., ERIC ROSE, MD., MARTIN P. SUTTER, PAUL G. THOMAS, and CHRIS VAN GORDER,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/18/2023_

22 Civ. 9757 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 18, 2022, the Court ordered the parties to file a joint letter and proposed case management plan by January 17, 2023. ECF No. 4. These submissions are now overdue. Accordingly, by **January 23, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge